# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------------
IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF
MDL No. 2100
Judge David R. Herndon

---------------------------------------------------------------

This document relates to:

MARIA MUZQUIZ

Plaintiff

Civil Action No.: 3:10-CV-20031

vs.

BAYER CORPORATION, *et al.*

Defendants

_____

Upon consideration of Plaintiffs' Motion for Leave to File a First Amended Complaint (3:10-CV-20031 Doc. 26), the Court hereby ORDERS as follows: Plaintiffs' Motion is **GRANTED**. Further, the Court **DIRECTS Plaintiffs to file the amended complaint instanter**.

SO ORDERED:

/s/   *David R. Herndon*

Chief Judge
United States District Court

DATE: April 21, 2010