**UNITED STATES POSTAL SERVICE®**

**Return Receipt for International Mail**
(Registered™, Insured and Express Mail®)

MN2QV12 7231
Second Amended Complaint

Administration des Postes des Etats-Unis d'Amérique

Par Avion

RECEIVED MAY 10 2010

Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), à découvert and postage free
A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
Houssiere Durant + Houssiere, III

1990 Post Oak Blvd. Suite 800
Street and Number (Rue et no.)
Houston, TX 77056
City, State, and ZIP + 4® (Localité et code postal)

UNITED STATES OF AMERICA — États-Unis d'Amérique

PS Form **2865**, March 2007    **Avis de réception**    CN07 (Old C5

| | | | | |
|---|---|---|---|---|
| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) ☐ | ☑ Letter (Lettre) | Printed Matter (Imprimé) ☐ | Other (Autre) ☐ | Express Mail International ☐ |

Insured Parcel ☐ (Colis avec valeur déclarée)
Insured Value (Valeur déclarée) — 0 —
Article Number

Office of Mailing (Bureau de dépôt)
77056

Date of Posting (Date de dépôt)
4/15/10

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Eva Gardyan-Eisenlohr, Head of Law + Patents

Street and No. (Rue et No.)
Bayer Schering Pharma AG, Mullerstrasse 178

Place and Country (Localité et pays)
D-13353 Berlin, Germany

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date  4.5.10

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)  DAESSLEN

PS Form **2865**, March 2007 (Reverse)  PSN 7530-01-000-9775